■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY WRIGHT, Appellant.—Two judgments of the Supreme Court, Kings County (Owens, J.), both rendered January 4, 1984, affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9). Lazer, J. P., Thompson, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY RICHARDS, Appellant, v THEODORE REID, as Superintendent of New York Department of Correctional Services, Respondent.— In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County (Rosenblatt, J.), dated August 4, 1981, which, after a hearing, dismissed the petition.

Judgment affirmed, without costs or disbursements.

Habeas corpus does not lie where petitioner's claims, even if meritorious, would result in suppression of evidence and a new trial, not an immediate release from custody (see, People ex rel. Williams v Scully, 107 AD2d 729; People ex rel. Kaplan v Commissioner of Correction of City of N. Y., 93 AD2d 768, affd 60 NY2d 648). Bracken, J. P., Rubin, Lawrence and Eiber, JJ., concur.